IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HALL TANK COMPANY, LLC**                                                            **PLAINTIFF**

vs.                         CASE NO:  4:12-CV-00039-KGB

**BRYANT FUEL AND POWER SYSTEMS, INC. AND
BRYANT FUEL TECHNOLOGIES, INC.**                                **DEFENDANTS**

**HALL TANK COMPANY'S MOTION IN LIMINE NO. 1
(INSPECTION REPORTS AND EXPERT CAUSATION OPINIONS)**

Plaintiff Hall Tank Company, LLC ("Hall"), moves the Court *in limine* to exclude all evidence and argument regarding inspection reports prepared by third parties who allegedly inspected the goods Hall manufactured and delivered to Bryant and to prohibit the individuals who allegedly performed the subject inspections from offering any expert opinions, and states:

1.      Bryant has attached to its counterclaim and produced in discovery a number of reports from third parties who allegedly inspected the goods Hall manufactured and delivered to Bryant.

2.      These reports contain opinions that could only be offered by an expert witness, including as to the quality of the welds and Hall's compliance with industry standards.  However, in its expert witness disclosures and in response to an interrogatory specifically requesting the identity of its experts, Bryant disclosed only Steve Hazel, an accountant identified as a damages expert.

1216777-v1

3. Bryant has provided no expert witness disclosures for anyone associated with the third parties who allegedly performed these inspections, nor has it ever supplemented its response to this interrogatory.

4. Bryant's failure to identify these third parties in its expert witness disclosures was not harmless. Hall has not identified a rebuttal expert on the issues of defects and causation in reliance on the fact that Bryant expressly told Hall in its discovery responses that it was calling only Steve Hazel. Hall cannot now call an expert witness on these issues. Thus, to the extent anyone associated with these third parties testifies at the trial of this matter, they should be allowed to testify as lay witnesses.

5. These witnesses should be precluded from offering any of the expert opinions contained in these reports.

6. Further, the inspection reports themselves are hearsay, not subject to any exception. Thus, the reports are inadmissible. *See* Fed. R. Evid. 801-804.

7. Accordingly, all evidence and argument regarding the contents of these reports – including the testimony and report of Steve Hazel – should be excluded from the trial of this matter.

8. In support of this motion, Hall relies upon the following:

    a. Exhibit A, Bryant's initial disclosures;

    b. Exhibit B, a copy of the report from CAPE Environmental Management, Inc., regarding Pax River;

  c. Exhibit C, a copy of the report from Vista Consultants, LLC, regarding Pax River;

  d. Exhibit D, a copy of the report from Elite Inspection & Consulting, Inc., regarding NASA;

  e. Exhibit E, a copy of the report from American X-Ray & Inspection Services, Inc., regarding Fort Bliss;

  f. Exhibit F, Bryant's answers to Hall's second set of interrogatories and requests for production of documents; and

  g. Exhibit G, Bryant's expert witness disclosure.

9. Hall is filing a separate memorandum brief in support of this motion.

WHEREFORE, plaintiff Hall Tank Company, LLC, prays that the Court grant its motion; enter an order that (1) excludes all evidence and argument regarding inspection reports prepared by third parties who allegedly inspected the goods Hall manufactured and delivered to Bryant and (2) prohibits the individuals who allegedly performed the subject inspections from offering any expert opinions; and for all other proper relief.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, AR 72201
> Telephone: 501-371-0808
> Fax: 501-376-9442
> Email: kwilson@wlj.com
>
> By: /s/ Kyle R. Wilson
>     Charles T. Coleman (80030)
>     Kyle R. Wilson (89118)
>     Gary D. Marts, Jr. (2004116)
>     Michael A. Thompson (2010146)
>     Seth R. Jewell (2011175)
>     R. Aaron Brooks (2009145)
>     *Attorneys for Hall Tank Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2014, a copy of the foregoing was filed and served on the following via the CM/ECF system:

> Byron Jansen Walker
> Russell P. Bailey
> ROSE LAW FIRM
> 120 East Fourth Street
> Little Rock, AR 72201-2893
>
> Theodore P. Watson
> WATSON & ASSOCIATES, LLC
> 925 South Niagara Street, Suite 600
> Denver, CO 80224
>
> Sharon Steele
> Wojciech Z. Kornacki
> WATSON & ASSOCIATES, LLC
> 1629 K Street, N.W.
> Washington, D.C. 20006

>     /s/ Kyle R. Wilson
>     Kyle R. Wilson