IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HALL TANK COMPANY, LLC**                                                                 **PLAINTIFF**
v.                          **Case No. 4:12-cv-00039-KGB**

**BRYANT FUEL AND POWER SYSTEMS, INC.;**
**BRYANT FUEL TECHNOLOGIES, INC.**                                    **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 91). The parties stipulate that they have settled and compromised their differences in this case. Pursuant to Federal Rule of Civil Procedure 41, the complaint of plaintiff Hall Tank Company, LLC, and the counterclaim of counterclaimant Bryant Fuel and Power Systems, Inc., are dismissed with prejudice, with each party to bear its own fees and costs. The Court denies as moot all other pending motions.

SO ORDERED this 10th day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE